IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMIE STEPHEN,** | Case No. 2:20-cv-1003 KJM KJN P |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **WARDEN G. MATTESON,** | |
| Respondent. | |

Respondent's nunc pro tunc request for leave to file a late answer and for an extension of time to file the answer to the Petition for a Writ of Habeas Corpus was considered by the Court. Good cause appearing, **IT IS HEREBY ORDERED** that:

1. Respondent's request (ECF No. 23) is granted; and
2. Respondent shall file an answer by June 10, 2021.

Dated: May 17, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/step1003.eot