# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. 2:20-cv-1003 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN G. MATTESON, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On May 17, 2021, petitioner requested an "order for certification" seeking immediate release from custody and monetary damages for his purported disproportionate sentence. (ECF No. 25.) Such request accompanied his motion for entry of clerk's default, which the clerk properly declined in light of the order granting respondent an extension of time, *nunc pro tunc*, in which to file an answer. The instant petition is not yet submitted for decision, and, in any event, petitioner is unable to obtain money damages through a habeas action. Thus, petitioner's request is denied.

Accordingly, IT IS HEREBY ORDERED that petitioner's request (ECF No. 25) is denied.

Dated: May 20, 2021

/step1003.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE